IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA,

ANDREW R. LOPEZ,

    Petitioner,          No. CIV-S-02-2559 GEB KJM P

    vs.

WARDEN, CALIFORNIA STATE PRISON, CORCORAN, et al.,

    Respondents.        ORDER

        Petitioner is a state prisoner proceeding pro se and in forma pauperis with an application for writ of habeas corpus under 28 U.S.C. § 2254.  Upon closer review of the petition, answer and traverse, the court has determined that the interests of justice require appointment of counsel.  See 18 U.S.C. § 3006A(a)(2)(B); see also Weygandt v. Look, 718 F.2d 952, 954 (9th Cir. 1983).

        Accordingly, IT IS HEREBY ORDERED that:

        1. The Federal Defender is appointed to represent petitioner.

        2. The Clerk of the Court is directed to serve a copy of the petition and this order on David Porter, Assistant Federal Defender.

/////

/////

1    3. Petitioner's counsel shall contact the Clerk's Office to make arrangements for
2 copies of documents in the file.
3    4. A status conference is set for February 15, 2006 at 10:00 a.m. in courtroom 26.
4    5. All parties shall appear at the status conference by counsel.
5 DATED: December 27, 2005.

_____
UNITED STATES MAGISTRATE JUDGE

1
lope2559.110(a)