DENNIS S. WAKS, Bar #142581
Acting Federal Defender

DAVID M. PORTER, Bar #127024
Assistant Federal Defender
801 "I" Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Petitioner
ANDREW R. LOPEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW R. LOPEZ, | No. CIV S-02-2559 GEB KJM |
| Petitioner, | MOTION FOR SUBSTITUTION OF COUNSEL; ORDER |
| v. | |
| WARDEN, CALIFORNIA STATE PRISON, CORCORAN, et al. | |
| Respondents. | |

Petitioner ANDREW R. LOPEZ hereby moves this Court for an order substituting Alister McAlister, Attorney at Law, 13055 Orange Road, Wilton, California 95693, telephone (916) 687-7280, for the Office of the Federal Defender as petitioner's counsel in this matter. The Federal Defender's Office has determined that it is currently unable to represent petitioner. Mr. McAlister has agreed to accept the appointment. He is an experienced criminal defense attorney, with extensive experience in federal habeas corpus cases. A copy of the court's file in this case will be forwarded to Mr. McAlister.

////

////

////

Mr. McAlister is aware of any deadlines in this case.  He has authorized the undersigned to sign this substitution motion on his behalf.

```
                              Respectfully submitted,

                              DENNIS S. WAKS
                              Acting Federal Defender


Dated: January 13,  2006      /s/ David M. Porter
                              DAVID M. PORTER
                              Assistant Federal Defender
                              Attorneys for Petitioner
                              ANDREW R. LOPEZ



Dated: January 13, 2006       /s/ Alister McAlister
                              ALISTER McALISTER
```

\*\*\*\*\*\*\*\*

As requested in the foregoing Motion for Substitution of Counsel and for the reasons stated therein, IT IS HEREBY ORDERED that Alister McAlister shall be substituted in as counsel for Petitioner in place of the Office of the Federal Defender for the Eastern District of California.

Dated: January 18, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

2