IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA,

ANDREW R. LOPEZ,

    Petitioner,                  No. CIV-S-02-2559 GEB KJM P

    vs.

WARDEN, CALIFORNIA STATE
PRISON, CORCORAN, et al.,

    Respondents.               ORDER
_____/

        On February 15, 2006, this cause came on regularly for status conference. Alister McAlister appeared for petitioner, Deputies Attorney General Steven Acquisto and Heather Armstrong appeared for respondents. Based on the discussion occurring at the status conference, the court's file and good cause appearing, THE COURT ORDERS that the thirty day period from the status conference that petitioner was granted within which to file a motion for discovery is hereby confirmed.

DATED: March 22, 2006.

                                              _____
                                              UNITED STATES MAGISTRATE JUDGE

1
lope2559.oah