IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANDREW RICK LOPEZ,

    Petitioner,        No. CIV-S-02-2559 GEB KJM P

    vs.

WARDEN, CALIFORNIA STATE PRISON, CORCORAN, et al.,

    Respondents.        ORDER

/

    Petitioner has requested an extension of time to file a motion for discovery. Good cause appearing, IT IS HEREBY ORDERED that:

    1. Petitioner's March 24, 2006 request for an extension of time is granted; and

    2. Petitioner's March 24, 2006 motion for discovery is deemed timely.

DATED: March 29, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

1
lope2559.111