IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **ANDREW RICK LOPEZ,** | NO. 2:02-cv-2559-GEB-KJM-P |
| Petitioner, | |
| v. | **ORDER** |
| **WARDEN, CALIFORNIA STATE PRISON, COCORAN, et al.,** | |
| Respondents. | |

The hearing on Petitioner's Motion for Discovery currently set for May 3, 2006, is vacated. This matter is re-set for hearing to May 10, 2006, at 10:00 a.m.

**Dated:** May 1, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

SA2003101282
lope2559.111.wpd

*Order Resetting Hearing to May 10, 2006*

1