IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **ANDREW RICK LOPEZ,** | 2:02-cv-2559-GEB-KJM-P |
| Petitioner, | **ORDER** |
| v. | |
| **WARDEN, CALIFORNIA STATE PRISON, CORCORAN, et al.,** | |
| Respondents. | |

FOR GOOD CAUSE SHOWN, Respondent is hereby GRANTED an extension of time, to and including September 7, 2006, to respond to Lopez's discovery requests. In addition, the status conference currently set for August 23, 2006, is vacated. This matter is re-set for September 20, 2006 at 10:00 a.m.

Dated: August 4, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

SA2003101282
lope2259.111(a).wpd

Order

1