IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANDREW R. LOPEZ,

    Petitioner,           No. CIV-02-2559 GEB KJM P

    vs.

WARDEN, CALIFORNIA STATE PRISON, CORCORAN, et al.,

    Respondents.        ORDER
_____/

    Respondents have requested an extension of time to respond to petitioner's requests for discovery. Good cause appearing, IT IS HEREBY ORDERED that:

    1. Respondents' request for an extension of time is granted;

    2. Respondents are granted until October 6, 2006 to respond to petitioner's discovery requests; and

    3. The status conference scheduled in this matter for September 20, 2006 is vacated. The status conference is rescheduled for October 18, 2006 at 10:00 a.m.

DATED: September 14, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

1/lope2559.111(b)