ALISTER McALISTER
Attorney at Law (28379)
13055 Orange Road
Wilton, CA 95693-9664
(916) 687-7280 [FAX: 687-6525]
E-Mail: Puritan@citlink.net
Attorney for Petitioner

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

ANDREW RICK LOPEZ,

    Petitioner,

  v.

GEORGE GALAZA, et al.,

    Respondents.

No. CIV-S-02-2559 EJG KJM P
Eastern California
(Sacramento)

ORDER FOR FILING OF DOCUMENTS

    For good cause shown, Petitioner is allowed until December 4, 2006 to file his Motion for Evidentiary Hearing and the Memorandum of Points & Authorities in Support of Habeas Petition and the Motion for Evidentiary Hearing. Respondents may file an answering document within 14 days thereafter. Petitioner may file a response within 7 days after respondents' answer.

DATED: November 29, 2006.

U.S. MAGISTRATE JUDGE