IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANDREW RICK LOPEZ,

      Petitioner,                    2:02-cv-2559-GEB-KJM-P

      vs.

WARDEN, CALIFORNIA STATE
PRISON CORCORAN, et al.,

      Respondents.                ORDER

/

        Petitioner, a state prisoner, has timely filed a notice of appeal of this court's March 26, 2008 denial of his application for a writ of habeas corpus. Before petitioner can appeal this decision, a certificate of appealability must issue. 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b).

        A certificate of appealability may issue under 28 U.S.C. § 2253 "only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). The court must either issue a certificate of appealability indicating which issues satisfy the required showing or must state the reasons why such a certificate should not issue. Fed. R. App. P. 22(b).

/////

/////

/////

1

1    For the reasons set forth in the magistrate judge's March 14, 2008 findings and
2 recommendations, petitioner has not made a substantial showing of the denial of a constitutional
3 right.  Accordingly, a certificate of appealability should not issue in this action.
4    IT IS SO ORDERED.

Dated: April 9, 2008

_____
GARLAND E. BURRELL, JR.
United States District Judge